**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Jamal King, | No. CV-22-01167-PHX-DJH (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| S. Lawson, et al., | |
| Defendants. | |

On November 21, 2023, Plaintiff Jonathan Jamal King, who was confined in the Arizona State Prison Complex-Florence, filed a pro se civil rights First Amended Complaint pursuant to 42 U.S.C. § 1983 (Doc. 10). The Court screened Plaintiff's First Amended Complaint pursuant to 28 U.S.C. § 1915A(a) and ordered Defendants S Lawson and Valenzuela to answer Counts One and Two (Doc. 11 at 4). The Court further ordered Plaintiff to complete and return service packets for Defendants S Lawson and Valenzuela within 21 days of the filing of the Court's Order (*Id*.). The Court further advised Plaintiff that failure to complete service of process on the Defendants within 90 days of the filing of the Complaint or 60 days of the filing of the Order, whichever is later, may result in dismissal of the action as to each Defendant not served (Id. at 5).

On February 16, 2023, Plaintiff filed a notice of change of address reflecting that Plaintiff has moved to a residence in Tucson, Arizona (Doc. 13). On February 21, 2023, the Court granted Plaintiff a thirty-day extension of time within which to complete and return to the Clerk of Court service packets for Defendants S Lawson and Valenzuela (Doc.

14).  On April 13, 2023, the Court issued an Order requiring Plaintiff to file service packets no later than April 27, 2023 or show cause why the First Amended Complaint should not be dismissed (Doc. 15).

On May 2, 2023, Plaintiff untimely completed a service packet as to Defendant S Lawson.  Service was returned unexecuted on June 22, 2023 with the notation that Defendant S Lawson is "no longer with ADCRR."  (Doc. 17).

Service has not been effectuated as to Defendant S Lawson, and the time to do so has passed.

IT IS ORDERED that no later than **October 13, 2023** Plaintiff shall either (i) file an affidavit of service of process as to Defendant S Lawson or (ii) show cause why the First Amended Complaint (Doc. 10) as to Defendant S Lawson should not be dismissed for failure to timely serve and prosecute pursuant to Fed. R. Civ. P. 4(m) and 41(b).

Dated this 27th day of September, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge